**DISMISS and Opinion Filed December 19, 2018**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-01019-CV**

**RLC MANAGEMENT, Appellant**
**V.**
**ADVENIR AT PRESTONWOOD, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03618-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, clerk's record, and reporter's record in this case are past due. By postcard dated September 5, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 5, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

In letters dated October 24, 2018, we informed appellant the clerk's record and the reporter's record had not been filed because appellant had not paid for the clerk's record or the reporter's record. We directed appellant to provide verification of payment or arrangements to

pay for the clerk's record and reporter's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. Five days later, we again notified appellant of the failure to pay for the record and cautioned appellant that the appeal could be dismissed for want of prosecution. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


181019F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RLC MANAGEMENT, Appellant

No. 05-18-01019-CV V.

ADVENIR AT PRESTONWOOD, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-03618-E.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ADVENIR AT PRESTONWOOD recover its costs of this appeal from appellant RLC MANAGEMENT.

Judgment entered December 19, 2018